IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR54 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES WEEKLY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 17).  The Court notes plaintiff has no objection and that a written waiver of speedy trial will be filed herein.  Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Tuesday, July 28, 2009, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  This will give counsel time to prepare for trial or pursue plea negotiations.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between June 29, 2009, and July 22, 2009, shall

be deemed excludable time in any computation of time under the

requirement of the Speedy Trial Act.   18 U.S.C. § 3161(h)(8)(A)

& (B).

DATED this 29th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court